AUSA:  Susan Fairchild          Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)  Criminal Complaint          Agent:          BPA Michael Everson          Telephone:  (313) 926-4700

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Erik Fabian HERNANDEZ-PADRON

Case No.

Case: 2:25−mj−30530
Assigned To : Unassigned
Assign. Date : 8/20/2025
Description: RE: ERIK FABIAN
HERNANDEZ−PADRON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 14, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Everson, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ August 20, 2025 _____

City and state:  Detroit, MI _____

_____
*Judge's signature*

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT</u>

I, Michael Everson, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Erik Fabian HERNANDEZ-PADRON, which reveals the following:

2.  HERNANDEZ-PADRON is a thirty-five-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3.  On or about July 15, 2003, HERNANDEZ-PADRON was arrested by Border Patrol Agents near Douglas, Arizona. He was granted a Voluntary Return back to Mexico on the same date.

4.  On or about March 15, 2011, HERNANDEZ-PADRON was convicted in the 36th District Court in Detroit, MI, for operating while visibly impaired, and was sentenced to 12 months' probation, fines and costs.

5.  On or about June 22, 2012, HERNANDEZ-PADRON was arrested by Immigration and Customs Enforcement (ICE) in Detroit, Michigan. He was processed for Notice to Appear (NTA). He was granted a bond and was released from custody.

6.  On or about May 20, 2015, HERNANDEZ-PADRON was convicted in the 36th District Court, Detroit, MI, for a traffic offense, and was sentenced to costs and fines.

7.  On or about March 13, 2017, HERNANDEZ-PADRON was convicted in the 48th District Court in Bloomfield Hills, MI, for no license in possession and was sentenced to one year probation, costs and fines.

1

8.    On or about October 28, 2020, HERNANDEZ-PADRON an Immigration Judge granted him a Voluntary Departure back to Mexico. He departed on February 24, 2021, through Atlanta, Georgia.

9.    On or about September 15, 2022, HERNANDEZ-PADRON was convicted in the 17th District Court, Redford, MI, for driving while license suspended, and he was sentenced to six months' probation, costs and fines.

10.   On or about April 3, 2024, HERNANDEZ-PADRON was arrested by Detroit Police Officers and was charged with Felonious Assault after making threats to his wife while pointing a loaded handgun at her. Subsequent investigation by Detroit Police revealed that the serial numbers on the gun were obliterated.

11.   On or about April 5, 2024, HERNANDEZ-PADRON was granted bond out of Detroit Police custody and was turned over and arrested by ICE officers. He was processed for Notice to Appear, Form I-862.

12.   On or about May 23, 2024, HERNANDEZ-PADRON was ordered removed by an Immigration Judge in Detroit, MI. On June 4, 2024, he was removed to Mexico through Brownsville, Texas.

13.   On or about August 14, 2025, HERNANDEZ-PADRON was arrested by Border Patrol Agents in Detroit, Michigan. During the traffic stop encounter, HERNANDEZ-PADRON freely admitted to agents that he was illegally present in the United States. He was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

14.   During his interview with agents, HERNANDEZ-PADRON indicated that he currently resides in Detroit, MI. He has six children with two different women. All of his children are under the care of their respective mothers. HERNANDEZ-PADRON reported that he is estranged from both of the women and has no relationship with them.   HERNANDEZ-PADRON also told the agents that he would be happy to be returned to Mexico "for a little vacation" and was planning on coming "right back to the U.S.".

15.   Erik Fabian HERNANDEZ-PADRON's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that HERNANDEZ-PADRON is a citizen of

Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that HERNANDEZ-PADRON legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

16.  The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

17.  Review of the Alien File (A# xxx xxx 358) for Erik Fabian HERNANDEZ-PADRON and queries in Department of Homeland Security databases confirm no record exists of HERNANDEZ-PADRON obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on June 4, 2024.

18.  Based on the above information, I believe there is probable cause to conclude that Erik Fabian HERNANDEZ-PADRON, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson
Border Patrol Agent
U.S. Department of Homeland Security

3

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

August 20, 2025

4